UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAB HOLDINGS, LLC,

    Plaintiff,                                    Civil Action No. 19-CV-12450

vs.                                           HON. BERNARD A. FRIEDMAN

CLOUDMYBIZ, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The parties in this matter informed the Court on January 21, 2021, that they have reached a settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs. The Court shall retain jurisdiction for a period of sixty days to enforce all terms of the parties' settlement agreement.

                                                           s/Bernard A. Friedman
                                                            BERNARD A. FRIEDMAN
Dated: February 26, 2021                 SENIOR UNITED STATES DISTRICT JUDGE
          Detroit, Michigan